UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No. 07-250 |

### PRAECIPE

TO:  Dr. Peter T. Dalleo
     Clerk of the Court
     U.S. District Court, District of Delaware
     844 N. King Street
     Lock Box 18
     Wilmington, DE 19801

It is respectfully requested that an Alias Summons in a Civil Action to Teva Pharmaceutical USA, Inc., a Delaware corporation, be issued in the above case.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Paul E. Crawford_
Paul E. Crawford
DE State Bar 0493
E-mail: pcrawford@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614

Dated: May 7, 2007