AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ABBOTT LABORATORIES,
an Illinois corporation
V.

ALIAS **SUMMONS IN A CIVIL CASE**

TEVA PHARMACEUTICALS USA, INC.,
a Delaware corporation

CASE NUMBER: 07-250

TO: (Name and address of Defendant)

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network, Inc.
1308 Delaware Ave.
Wilmington, Delaware 19806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Crawford
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      5/7/07

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/7/07 |
| NAME OF SERVER (PRINT) Caney M Shea | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED TEVA PHARMACEUTICALS USA INC BY SERVING CORPORATION NETWORKS, INC AT 1308 DELAWARE AVE, WILM DE 19806 AT 3:25PM PERSON ACCEPTING: J TOSCANA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/07         /s/ Caney M Shea
                    Date              Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.