IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>*Defendants*. | Civil Action No. 07-250-MPT |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent defendant Teva Pharmaceuticals USA, Inc. in this matter:

>John L. North
>Jackie L. Toney
>Kristin E. Goran
>David A. Reed
>William L. Warren
>Sutherland Asbill & Brennan LLP
>999 Peachtree Street
>Atlanta, GA 30309-3996
>Phone: 404-853-8000
>
>Katherine R. Lahnstein
>Sutherland Asbill & Brennan LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC 20004-2415
>Phone: 202-383-0100

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Dated: May 31, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of John L. North, Jackie L. Toney, Kristin E. Goran, David A. Reed, William L. Warren, and Katherine R. Lahnstein is granted.

Dated: May ___, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 15th, 2007

John L. North
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
John.North@sablaw.com

AO 1696525.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 15, 2007

                                          Jackie L. Toney
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Jackie.Toney@sablaw.com

AO 1696525.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 15, 2007

K Goran

Kristin E. Goran
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Kristin.Goran@sablaw.com

AO 1696525.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 15, 2007

David A. Reed
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
David.Reed@sablaw.com

AO 1696525.1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 15, 2007

William L. Warren
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Bill.Warren@sablaw.com

AO 1696525.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 16, 2007

Katherine R. Lahnstein
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Phone: 202-383-0100
Fax: 202-637-3593
Katherine.Lahnstein@sablaw.com

AO 1696525.1

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 31, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Paul E. Crawford, Esq.
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

Additionally, I hereby certify that on May 31, 2007, copies of the foregoing document were served via hand delivery on the above-listed counsel and on the following counsel as indicated:

>BY CM/ECF AND U.S. MAIL
>
>Jason G. Winchester, Esq.
>Jeremy P. Cole, Esq.
>Melissa B. Hirst, Esq.
>JONES DAY
>77 West Wacker Drive
>Suite 3500
>Chicago, IL 60601-1692

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302-571-6600
>kkeller@ycst.com