IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, <br><br> *Defendants*. | Civil Action No. 07-250-*** |

## TEVA PHARMACEUTICALS USA, INC'S RULE 7.1(A) DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Teva Pharmaceuticals USA, Inc., a non-governmental corporate party, is an indirect, wholly-owned subsidiary of Teva Pharmaceuticals Industries, Ltd., an Israeli corporation with a place of business in Petach Tikva, Israel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

        John L. North
        Georgia Bar No. 545580
        Jeffrey J. Toney
        Georgia Bar No. 714615
        Jackie L. Toney
        Georgia Bar No. 728140
        Katherine R. Lahnstein
        Georgia Bar. No. 431107
        Kristin E. Goran
        Georgia Bar No. 159071
        David A. Reed
        Georgia Bar No. 185146

        SUTHERLAND ASBILL & BRENNAN LLP
        999 Peachtree Street
        Atlanta, Georgia 30309-3996
        (404) 853-8000

        Katherine R. Lahnstein
        District of Columbia Bar No. 502250

        SUTHERLAND ASBILL & BRENNAN LLP
        1275 Pennsylvania Avenue, NW
        Washington, DC 20004-2415
        (202) 383-0100

        Attorneys for
        Defendant Teva Pharmaceuticals USA, Inc.

Dated: June 1, 2007

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 1, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Paul E. Crawford, Esq.
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 N. Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

Additionally, I hereby certify that on June 1, 2007, copies of the foregoing document were served via hand delivery on the above-listed counsel and on the following counsel as indicated:

### BY CM/ECF AND U.S. MAIL

> Jason G. Winchester, Esq.
> Jeremy P. Cole, Esq.
> Melissa B. Hirst, Esq.
> JONES DAY
> 77 West Wacker Drive
> Suite 3500
> Chicago, IL 60601-1692

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
kkeller@ycst.com