IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, | : :  : |
| Plaintiff, | : : |
| v. | : C. A. No. 07-250-*** |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, | : : : : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **June, 2007**.

IT IS ORDERED that the transcript of the teleconference held on June 13, 2007 with Judge Thynge shall serve as an Order of this Court.

IT IS FURTHER ORDERED that a scheduling teleconference has been scheduled for **Monday, October 22, 2007 at 5:15 p.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE