UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation,<br><br>    Plaintiff,<br>                v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>a Delaware corporation,<br><br>    Defendant. | Civil Action No. 07-250-*** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 15, 2007, copies of 1) Defendant's First Set of Interrogatories to Plaintiff, and 2) Defendant's First Request for Production of Documents and Things to Plaintiff were served upon the following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Paul E. Crawford, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

### BY E-MAIL

Jason G. Winchester, Esq.
Jeremy P. Cole, Esq.
Melissa B. Hirst, Esq.
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Additionally, I hereby certify that on June 15, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL AND HAND DELIVERY**

Paul E. Crawford, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

**BY E-MAIL**

Jason G. Winchester, Esq.
Jeremy P. Cole, Esq.
Melissa B. Hirst, Esq.
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Dated: June 15, 2007                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6000
kkeller@ycst.com

OF COUNSEL:

John L. North
Georgia Bar No. 545580
Jeffrey J. Toney
Georgia Bar No. 714615
Jackie L. Toney
Georgia Bar No. 728140
Kristin E. Goran
Georgia Bar No. 159071
David A. Reed
Georgia Bar No. 185146
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

Katherine R. Lahnstein
Georgia Bar. No. 431107
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202-383-0100

*Attorneys for Teva USA Pharmaceuticals USA, Inc.*