UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation,<br><br>　　　　Plaintiff,<br>　　　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>a Delaware corporation,<br><br>　　　　Defendant. | Civil Action No. 07-250-*** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Teva Pharmaceuticals USA, Inc. in this matter:

> Jeffrey J. Toney
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street
> Atlanta, GA 30309-3996
> Phone: 404-853-8000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 is enclosed with this motion.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ John W. Shaw
> _____
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> 302-571-6600
> *jshaw@ycst.com*
> *kkeller@ycst.com*

Dated: June 21, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Jeffrey J. Toney is granted.

Dated: June ___, 2007

_____<br>United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 18th, 2007

Jeffrey J. Toney
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
John.North@sablaw.com

AO 1696525.1

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on June 21, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Paul E. Crawford, Esq.
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

Additionally, I hereby certify that on June 21, 2007, copies of the foregoing document were served via hand delivery on the above-listed counsel and on the following counsel as indicated:

>BY U.S. MAIL
>
>Jason G. Winchester, Esq.
>Jeremy P. Cole, Esq.
>Melissa B. Hirst, Esq.
>JONES DAY
>77 West Wacker Drive
>Suite 3500
>Chicago, IL 60601-1692

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302-571-6600
>*jshaw@ycst.com*
>*kkeller@ycst.com*