IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-07-00250***<br><br>Magistrate Judge Mary Pat Thynge |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Abbott Laboratories, hereby certify that a copy of Abbott Laboratories' Rule 26(A)(1) Disclosures was caused to be served on June 25, 2007 upon the following counsel of record as indicated:

**HAND DELIVERY & E-MAIL**
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-3091

**FIRST CLASS MAIL & E-MAIL**
John North, Esquire
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Date: June 25, 2007

By: /s/ Paul E. Crawford
Paul E. Crawford, Esq. (No. 0493)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

*Attorney for Abbott Laboratories*