UNITED STATES DISTRICT COURT FOR THE<br>
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-07C-00250***<br><br>Magistrate Judge Mary Pat Thynge |

## STIPULATION TO AMEND THE SCHEDULING ORDER

During a teleconference on June 13, 2007, this Court set a deadline of July 2, 2007, for the submission of a stipulated protective order in this case. (*See* D.I. 14; D.I. 15.) Since that time, Plaintiff Abbott Laboratories ("Abbott") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") have been negotiating such a protective order. The parties have not yet agreed on a protective order, but remain hopeful that they can do so in the next two weeks. Thus, Abbott and Teva, through their undersigned counsel, stipulate that they have agreed to extend the deadline for submitting an agreed protective order from July 2, 2007 to July 16, 2007. The parties respectfully request that the Court grant this stipulation.

Dated: June 29, 2007

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6000
*kkeller@ycst.com*

By: */s/ Paul E. Crawford*
Paul E. Crawford
 DE State Bar 0493
 E-mail: pcrawford@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899

OF COUNSEL:
John L. North
Georgia Bar No. 545580
Jeffrey J. Toney
Georgia Bar No. 714615
Jackie L. Toney
Georgia Bar No. 728140
Kristin E. Goran
Georgia Bar No. 159071
David A. Reed
Georgia Bar No. 185146

SUTHERLAND ASBULL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

Katherine R. Lahnstein
Georgia Bar No. 431107
SUTHERLAND ASBULL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202-383-0100

*Attorneys for Teva Pharmaceuticals USA, Inc.*

(T) 302.658.9141
(F) 302.658.5614

Daniel E. Reidy (admitted *pro hac vice*)
  E-mail: dereidy@jonesday.com
James R. Daly (admitted *pro hac vice*)
  Email: jrdaly@jonesday.com
Jason G. Winchester (admitted *pro hac vice*)
  Email: jgwinchester@jonesday.com
Jeremy P. Cole (admitted *pro hac vice*)
  Email: jpcole@jonesday.com
Melissa B. Hirst (admitted *pro hac vice*)
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(T): 312.782.3939
(F): 312.782.8585

Of Counsel
Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

*Attorneys for Abbott Laboratories*

IT IS ORDERED THAT the Court, for good cause shown, hereby grants the parties' stipulation and moves the deadline for filing a stipulated protective order from July 2, 2007 to July 16, 2007.

_____
Magistrate Judge Mary Pat Thynge

CHI-1595656v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, a true and correct copy of the foregoing **Stipulation to Amend the Scheduling Order** was caused to be served on the following via CM/ECF filing and electronic mail:

### HAND DELIVERY

John W. Shaw
jshaw@ycst.com
Karen Keller
kkeller@ycst.com
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-3091

### FIRST CLASS MAIL

John North
John.north@sablaw.com
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

*/s/ R. Eric Hutz*
R. Eric Hutz (#2702)
ehutz@cblh.com