IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-07-00250***<br><br>Magistrate Judge Mary Pat Thynge |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Abbott Laboratories, hereby certify that a copy of (1) Abbott Laboratories' Response to Teva's First Set of Interrogatories and (2) Abbott Laboratories' Response to Teva's First Set of Requests for Production of Documents and Things were caused to be served on July 23, 2007 upon the following counsel of record as indicated:

**E-MAIL & U.S. MAIL**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-3091

**E-MAIL & U.S. MAIL**
John North, Esquire
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Additionally, I hereby certify that on July 25, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**E-MAIL & HAND DELIVERY**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-3091

**E-MAIL & U.S. MAIL**
John North, Esquire
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Date:   July 25, 2007

*/s/ Paul E. Crawford*
Paul E. Crawford, Esq. (No. 0493)
*Attorney for Abbott Laboratories*