# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | ANDREW A. LUNDGREN |

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3587
DIRECT FAX: (302) 576-3551
jcastellano@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
        (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 22, 2007

**BY CM/ECF**
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

Re:    Abbot Labs. v. Teva Pharms. USA, Inc., 07-250-*** -- Scheduling Dates

Dear Judge Thynge:

Please find enclosed a document setting forth each side's proposed scheduling dates for the above-captioned case, prepared in anticipation of this afternoon's teleconference with the Court.

Sincerely,

Jeffrey T. Castellano

JTC:jtc
Enclosure

cc:    U.S. District Court Clerk (By CM/ECF and Hand Delivery)
       Paul E. Crawford (By CM/ECF)

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation,<br><br>          Plaintiff,<br><br>                    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>a Delaware corporation,<br><br>          Defendant. | Civil Action No. 07-250-*** |

**PROPOSED DATES FOR SCHEDULING ORDER**

In preparation for the October 22, 2007 scheduling conference, counsel for Abbott

Laboratories ("Abbott") and counsel for Teva Pharmaceuticals USA, Inc. ("Teva") respectfully

submit the following proposal relating to scheduling for this matter.[1]

**A.      Nature of the Case**

This is a patent infringement case arising under the Hatch-Waxman Act, 35 U.S.C.

§ 271(e)(2).  Abbott markets a prescription medication known as DEPAKOTE®ER (extended-

release), which has been approved by FDA for treatment of epilepsy, bipolar disorder, and

prophylaxis of migraine headaches.  Abbott owns certain patents, including U.S. Patent No.

6,410,953 ("the '953 patent"), that are listed in the FDA's "Orange Book" in conjunction with

DEPAKOTE®ER.  The '953 patent covers a formulation for achieving the extended release of a

drug product over time, and the patent expires December 18, 2018.

---

[1] For convenience and ease of reading, the parties have submitted a single, condensed proposal rather than submitting two full-length versions of this Court's Draft Scheduling Order.  However, the parties will provide a complete proposed scheduling order once the Court determines what dates are appropriate for this case going forward.

Teva has filed Abbreviated New Drug Application No. 78-700 (the "ANDA"), seeking FDA approval of a proposed generic version of DEPAKOTE®ER. In the ANDA, Teva included a certification (known as a Paragraph IV Certification) stating that its proposed product, if allowed on the market, would not infringe any valid claim of, among other things, the '953 patent. Thus, Teva seeks approval to market its product prior to the expiry of the patent.

As required by statute, Teva provided notice to Abbott about the filing of the ANDA and the Paragraph IV Certification. Within 45 days of receiving that notice, Abbott filed this action, alleging that Teva's proposed generic product would, if allowed on the market, infringe the '953 patent. As a result of Abbott's timely filing, there is currently in place a statutory stay that will prevent FDA approval of the ANDA for a period of 30 months (until September 2009), absent some earlier resolution of this matter on the merits. Teva has answered the complaint, denying infringement, and has asserted a counterclaim seeking a declaratory judgment that its proposed product does not infringe any claim of the '953 patent.

## B.    Prior Scheduling Order

After a June 13, 2007 scheduling conference, the Court ordered the following schedule:

| Proposed Date | Event |
| --- | --- |
| 6.18.07 | Teva must produce ANDA to Abbott |
| 6.25.07 | Initial Rule 26(a)(1) disclosures due |
| 10.19.07 | Deadline to amend the pleadings or join additional parties |
| 10.22.07 | Status/scheduling conference with the Court |

## C.    Agreed Matters

Counsel for the parties previously conferred and agree that 70 hours per side for depositions should be sufficient.[2]  If there is a need to expand this time allotment as the case progresses, the parties will work together in good faith to address the issue.

## D.    Contested Matters

The parties were unable to agree on a joint schedule for pretrial and trial activities.  The primary areas of dispute are (i) the appropriate length of time for fact and expert discovery; and (ii) whether there should be a separate claim construction process undertaken during the fact discovery period (Teva advocates such a procedure, but Abbott disagrees).  The parties' respective proposed schedules are set forth below.

### Abbott's Proposal

In terms of the ordering of proceedings, Abbott proposes the following schedule:

| Proposed Date | Event |
| --- | --- |
| 3.28.08 | Close of Fact Discovery |
| 3.31.08 | Parties Exchange Proposed Claims Constructions |
| 4.07.08 | Tutorial Describing Technology & Matters at Issue Due |
| 4.21.08 | Comment to Opposing Party's Tutorial Due |
| 4.21.08 | Parties Submit a Joint Claim Construction Chart |
| 5.05.08 | Opening Briefs on Claim Construction Due |
| 5.26.08 | Responsive Briefs on Claim Construction Due |
| 6.24.08 | Hearing on Claim Construction and Summary Judgment |
| 8.25.08 | Initial Expert Reports Due |
| 9.22.08 | Responsive Expert Reports |
| 10.27.08 | Close of Expert Discovery |

---

[2] Time consumed by the party in actual questioning of the witness shall count against that party's time, regardless of which party noticed the deposition.

| | |
|---|---|
| 11.17.08 | Deadline for any <u>Daubert</u> Challenges to Expert Testimony |
| 12.08.09 | Responses to <u>Daubert</u> Challenges |
| 1.20.09 | Final Pretrial Order (Including Motions *in Limine*) Due |
| 1.26.09 | Final Pretrial Conference |
| 2.17.09 | Trial |

**Teva's Proposal**

Teva proposes the following schedule:

| Proposed Date | Event |
|---|---|
| 11.08.07 | Parties Exchange Proposed Claims Constructions |
| 11.16.07 | Parties Submit Joint Claim Construction Chart |
| 11.30.07 | Discovery (including depositions) Relating To Claim Construction Must Be Complete |
| 12.04.07 | Individual Briefs on Claim Construction Due |
| 1.03.08 | Responsive Briefs on Claim Construction Due |
| 1.16.08 | Tutorial Describing Technology & Matters at Issue Due |
| 1.23.08 | Comment to Opposing Party's Tutorial Due |
| | **Following Claim Construction Order:** |
| + 30 days | Close of Fact Discovery |
| + 60 days | Expert Reports Due |
| +90 days | Responsive Expert Reports |
| +120 days | Close of Expert Discovery |
| +150 days | Deadline for any <u>Daubert</u> Challenges to Expert Testimony |
| +180 days | Responses to <u>Daubert</u> Challenges |
| 9.08 | Final Pretrial Order (Including Motions *in Limine*) Due |
| 9.08 | Final Pretrial Conference |
| 10.08 | Trial |

Dated: October 22, 2007

Respectfully submitted,

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jackie L. Toney
Kristin E. Goran
David A. Reed
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax:    404-853-8006

Katherine R. Lahnstein
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Phone: 202-383-0100

By: */s/ Jeffrey T. Castellano*
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
E-mail: jcastellano@ycst.com

*Attorneys for Teva USA Pharmaceuticals USA,
Inc.*

OF COUNSEL:

Daniel E. Reidy (admitted *pro hac vice*)
  E-mail: dereidy@jonesday.com
James R. Daly (*admitted pro hac vice*)
  E-mail: jrdaly@jonesday.com
Jason G. Winchester (*admitted pro hac vice*)
  E-mail: jgwinchester@jonesday.com
Jeremy P. Cole (*admitted pro hac vice*)
  E-mail: jpcole@jonesday.com
Melissa B. Hirst (*admitted pro hac vice*)
  E-mail: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(T) 312.782.3939
(F) 312.782.8585

CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Paul E. Crawford*
Paul E. Crawford (No. 0493)
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614
E-mail: pcrawford@cblh.com

*Attorneys for Abbott Laboratories*