IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES,
an Illinois corporation,

Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC.,
a Delaware corporation,

Defendant.

Civil Action No. 07-250-***

**CHANGE OF NAME NOTICE**

PLEASE TAKE NOTICE that the name of Katherine Lahnstein, an attorney admitted pro hac vice to represent Defendant Teva Pharmaceuticals USA, Inc. in this case (D.I. 9), has been changed to Katherine Lahnstein-Bertocci, Esq. Please update all service lists accordingly.

Dated: October 24, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
302-571-6000
*jcastellano@ycst.com*

OF COUNSEL:

John L. North
Georgia Bar No. 545580
Jeffrey J. Toney
Georgia Bar No. 714615
Jackie L. Toney
Georgia Bar No. 728140

Kristin E. Goran
Georgia Bar No. 159071
David A. Reed
Georgia Bar No. 185146
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

Katherine R. Lahnstein-Bertocci
Georgia Bar. No. 431107
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202-383-0100

*Attorneys for Teva USA Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, Esquire, hereby certify that on October 24, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul E. Crawford, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jason G. Winchester, Esq.
Jeremy P. Cole, Esq.
Melissa B. Hirst, Esq.
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Additionally, I hereby certify that on October 24, 2007, the foregoing document was served via e-mail on the above-listed counsel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
jcastellano@ycst.com