IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 07-250-*** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William F. Long of Sutherland Asbill & Brennan LLP to represent defendant Teva Pharmaceuticals USA, Inc. in this matter. Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*jcastellano@ycst.com*

Dated: October 24, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of William F. Long is granted.

Dated: October __, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on October 24, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Paul E. Crawford, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jason G. Winchester, Esq.
Jeremy P. Cole, Esq.
Melissa B. Hirst, Esq.
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Additionally, I hereby certify that on October 24, 2007, the foregoing document was served via e-mail on the above-listed counsel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
jcastellano@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: October 22, 2007

William F. Long
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Bill.Long@sablaw.com

AO 1776689.1

2