# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JEFFREY T. CASTELLANO
DIRECT DIAL:  302.571.3587
DIRECT FAX:   302.576.3551
jcastellano@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 29, 2007

The Honorable Mary Pat Thynge
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:    Abbott Labs. v. Teva Pharms. USA, Inc.,
>        07-250-*** - Proposed pre-trial and trial dates

Dear Judge Thynge:

Filed contemporaneously herewith please find a document containing pre-trial and trial dates proposed for your Honor's consideration by the parties to the above-captioned case. We are also filing, as an attachment to that document, a proposed order containing the parties' proposed dates. In accordance with the Court's suggestion at the October 22, 2007 teleconference, the latter document does not contain proposed dates for trial, a pretrial conference, or a claim construction hearing.

Respectfully Submitted,

Jeffrey T. Castellano

JTC:pls
Enclosure

cc:   U.S. District Court Clerk (by CM/ECF & hand delivery)
      Paul E. Crawford (by CM/ECF & email)

DB02:6333088.1                                                                065776.1001