IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>TEVA PHARMACEUTICALS USA,<br>INC.,<br>a Delaware corporation,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-250-*** |

## <u>NOTICE OF DEPOSITION OF DANIEL BOLLINGER</u>

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), through its undersigned

counsel, will take the deposition of DANIEL BOLLINGER, beginning November 27, 2007, at

9:00 a.m. at the offices of Jones Day, 77 W. Wacker Dr., Ste. 3500, Chicago, IL 60601, or at

other such time and place as may be agreed to by counsel. The deposition will be taken before an

officer authorized by the laws of the United States to administer oaths and will be recorded by

stenographic and videographic means.  The deposition will continue from day to day until

completed, weekends and holidays excepted, with adjournments as to time and place as may be

necessary.  Some or all of the deposition testimony may involve real-time computer connection

between the deposition taker and court reporter using software such as "LiveNote."

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6000
*jcastellano@ycst.com*

OF COUNSEL:

John L. North
Georgia Bar No. 545580
Jeffrey J. Toney
Georgia Bar No. 714615
Jackie L. Toney
Georgia Bar No. 728140
Kristin E. Goran
Georgia Bar No. 159071
David A. Reed
Georgia Bar No. 185146
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

Katherine R. Lahnstein
Georgia Bar. No. 431107
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202-383-0100

*Attorneys for Teva USA Pharmaceuticals USA, Inc.*

Dated: November 1, 2007

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, Esquire, hereby certify that on this November 1, 2007, I caused

to be served a true and correct copy of *Notice of Deposition of Daniel Bollinger* upon the

following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Paul E. Crawford, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899

### BY E-MAIL AND FEDERAL EXPRESS

Jason G. Winchester, Esquire
Melissa B. Hirst, Esquire
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601-1692

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6000
*jcastellano@ycst.com*