IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-07C-00250-GMS<br><br>Judge Gregory M. Sleet<br><br>Magistrate Judge Mary Pat Thynge |

## STIPULATION OF DISMISSAL

Plaintiff Abbott Laboratories ("Abbott") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") have agreed to a settlement of this action and executed a final *Settlement and License Agreement* dated June 19, 2008. In accordance with that agreement, Abbott and Teva agree to dismissal without prejudice of all counts, claims, and counterclaims asserted in the above-captioned cases.

Each party shall bear its own costs.

Dated: June 19, 2008

| ABBOTT LABORATORIES | TEVA PHARMACEUTICALS USA, INC. |
|---|---|
| s/ Paul E. Crawford | s/ John W. Shaw |
| Paul E. Crawford (No. 0493)<br>  E-mail: pcrawford@cblh.com<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(T): 302.658.9141<br>(F): 302.658.5614 | John W. Shaw (No. 3362)<br>  E-mail: jshaw@ycst.com<br>Karen Keller (No. 4489)<br>  E-Mail: kkeller@ycst.com<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(T): 302.571.6689<br>(F): 302.576.3334 |
| Daniel E. Reidy (admitted *pro hac vice*)<br>James R. Daly (admitted *pro hac vice*)<br>Jason G. Winchester (admitted *pro hac vice*)<br>Melissa B. Hirst (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601-1692<br>(T): 312.782.3939<br>(F): 312.782.8585 | John L. North (admitted *pro hac vice*)<br>William L. Warren (admitted *pro hac vice*)<br>Jackie Toney (admitted *pro hac vice*)<br>Jeffrey J. Toney (admitted *pro hac vice*)<br>Kristin Goran (admitted *pro hac vice*)<br>William F. Long (admitted *pro hac vice*)<br>David Reed (admitted *pro hac vice*)<br>Katherine Lahnstein-Bertocci (admitted *pro hac vice*)<br>SUTHERLAND<br>999 Peachtree Street, NE<br>Atlanta, Georgia 30309-3996<br>(T): 404.853.8358<br>(F): 404.853.8806 |
| Perry C. Siatis<br>ABBOTT LABORATORIES<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-6034 | |
| *Attorneys for Abbott Laboratories* | *Attorneys for Teva Pharmaceuticals USA, Inc.* |